IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARITY SMITH                                                                                                    PLAINTIFF

v.                                            Case No. 6:19-cv-6040

LIFE INSURANCE COMPANY
OF NORTH AMERICA                                                                                        DEFENDANT

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. (ECF No. 21). The Court finds that no response is necessary and that the matter is ripe for consideration.

On February 24, 2020, the parties filed the instant stipulation, stating that they have settled this matter. The stipulation also states that Plaintiff's claims may be dismissed with prejudice.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendant. Thus, Plaintiff's claims against Defendant were effectively dismissed when the parties filed the instant stipulation. However, for purposes of maintaining the docket, this order nonetheless issues.

All of Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**, with each side bearing their respective fees and costs. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this order upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 24th day of February, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge